**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**JOHN LAWKINS**,

                      **Plaintiff**,

              **v.**                            **1:05-CV-00025
                                                (GLS/RFT)**

**EDWARD FEENEY**, **Kingston Police Officer**; **THIERRY CROZIER**, **Kingston Police Officer**; **A. NORTH**, **Kingston Police Officer**; **STEVEN FELLOWS**, **Kingston Police Officer**; **TIFFANIE DOWNEY**, **Kingston Police Officer**,

                      **Defendants**.
_____

**APPEARANCES:**                  **OF COUNSEL:**

**FOR THE PLAINTIFF:**

John Lawkins
Plaintiff, *Pro Se*
556 B Kenwood Avenue
Delmar, New York 12054

**FOR THE DEFENDANTS:**

COOK, NETTER LAW FIRM      MICHAEL T. COOK, ESQ.
P.O. Box 3939                        ROBERT D. COOK, ESQ.
85 Main Street
Kingston, New York 12401

**Gary L. Sharpe
U.S. District Court**

## **ORDER**

Pending is defendants' motion to dismiss for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *See Dkt. No. 34.*  Rule 41(b) provides that a defendant may move for a dismissal when plaintiff fails to "prosecute or...comply with [the federal] rules or any order of the court."  FED. R. CIV. P. 41(b).

On December 1, 2006, this court sent out a text notice deeming this case trial ready.  On December 11, defendants submitted a letter to Magistrate Judge Treece, stating that Lawkins had previously contacted their office with the desire to discontinue the lawsuit.  S*ee Dkt. No. 31.*  In response, Judge Treece scheduled a telephone conference, but Lawkins never reported as the court ordered.  *See Dkt. No. 33.*  Accordingly, since Lawkins has failed to prosecute his action, his complaint is dismissed in its entirety and defendants' motion to dismiss is granted.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that the defendants' motion to dismiss for failure to prosecute (*Dkt. No. 34)* is **GRANTED** and Lawkins' complaint (*Dkt. No. 1)*

2

is **DISMISSED IN ITS IN ENTIRETY**; and it is further

    **ORDERED** that the Clerk of the Court provide a copy of this Order to the parties by regular mail.

May 10, 2007  
Albany, New York

                                                         Gary L. Sharpe  
                                                         U.S. District Judge